IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chloe Morgan Cousino,　　　　　　　　　　Case No: 3:22-CV-1712

　　　　Plaintiff,　　　　　　　　　　　　Judge James G. Carr
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Thomas Parker
　　v.
　　　　　　　　　　　　　　　　　　　　　　**ORDER**
Commissioner of Social Security,

　　　　Defendant.

　　　　This is an appeal from the denial of Social Security benefits. Plaintiff, Chloe Morgan Cousino, filed a Complaint on September 23, 2022 seeking review of Defendant's denial of her applications for Child's Insurance Benefits ("CID") and Supplemental Security Income ("SSI"). (Doc. 1).

　　　　Pursuant to Local Civ. R. 72.2(b) (Automatic Reference), I referred the Complaint to Magistrate Judge Thomas Parker for issuance of a Report & Recommendation, which the Magistrate Judge filed on May 4, 2023. (Doc. 14).

　　　　In the Report & Recommendation Magistrate Judge Parker recommends the Defendant's decision be vacated and the case remanded for further consideration consistent with the opinion outlined in his Report. The Magistrate Judge further duly notified the parties of the deadline for filing objections. On May 19, 2023, Defendant filed a Response to the Report and Recommendation (Doc. 15), notifying the Court that no objections will be filed.

　　　　On *de novo* review, I find the Report & Recommendation well-taken in all respects.

　　　　Accordingly, it is hereby

**ORDERED THAT:**

1. The Magistrate Judge's Report & Recommendation (Doc. 14) be, and the same hereby is, adopted as the Order of this court;

2. The Commissioner's final decision denying Plaintiff's applications for CID and SSI be, and the same hereby is, vacated ; and

3. The case is remanded for further proceedings consistent with Magistrate Judge Parker's opinion.

**So ordered.**

/s/ James G. Carr<br>
Sr. U.S. District Judge